# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| v. | |
| **OMAR LYONS** | **NO. 05-543-1** |

## ORDER

**AND NOW**, this 14th day of December, 2018, upon consideration of the Pro Se "Motion to Dismiss" (Doc. #101), "Motion to Appoint Counsel" (Doc. #106), "Motion to Dismiss" (Doc. #113), "Motion for Status Hearing" (Doc. #115) and "Motion for Revocation of Detention Order" (Doc. #118) filed by Defendant Omar Lyons and for the reasons stated on the record during the December 13, 2018 violation hearing, it is **ORDERED** that the Motions are **DENIED AS MOOT.**

          **BY THE COURT:**

          **S/MITCHELL S. GOLDBERG**
          **MITCHELL S. GOLDBERG**
          **United States District Judge**